# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
WALTER E. HOFFMAN UNITED STATES COURTHOUSE
600 GRANBY STREET
NORFOLK, VA 23510

March 1, 2016

Warden
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

Re: Ovell T. Barber, #1172388 v. Harold Clarke
Action No. 2:16cv17

Dear Sir or Madam:

The Court has received a habeas corpus petition from Ovell T. Barber, #1172388, together with a request to proceed *in forma pauperis*. We understand that petitioner is incarcerated in your institution.

In order that we may assess whether petitioner qualifies for *in forma pauperis* status, will you please furnish information regarding his inmate prison account for the six-month period preceding this date. For your convenience I have enclosed an inmate account report form.

A copy of this request is being sent to petitioner for his information, but petitioner is DIRECTED not to respond to this request. Information can be accepted for purposes of *in forma pauperis* determination **only** from the institution directly.

Thank you for your cooperation.

Very truly yours,

Robert J. Krask
United States Magistrate Judge

Enclosure
cc: Mr. Ovell T. Barber, #1172388

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

OVELL T. BARBER, #1172388,

        Petitioner,

v.                                  ACTION NO. 2:16cv17

HAROLD CLARKE,

        Respondent.

## INMATE ACCOUNT REPORT PERTAINING TO PETITIONER

Beginning Balance   _____   Date: September 1, 2015

Deposits   _____

Withdrawals   _____

Ending Balance   _____   Date: March 1, 2016

By_____